

KINIKIA D. ESSIX, CLERK OF COURT By: _____

Signature of Clerk or Deputy Clerk

Date of Issuance: _____

FILED
AUG - 9 2024
CLERK'S OFFICE
DETROIT

AO 44 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 24-12035
Hon. J. Gray

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Consumers Credit Union** was received by me on **8/5/24**

' I personally served the summons on the individual at _____ on _____ or

' I left the summons at the individual's residence or usual place of abode with _____, a person of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address; or

' I served the summons on **Kris Grice**, who is designated by law to accept service of process on behalf of **Consumers Credit Union** on **8/6/24** or

' I returned the summons unexecuted because ; or

' Other _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____. I declare under penalty of perjury that this information is true.

Date: **8/6/24**

Amy Luthy
Server Signature
PI Lic # 3701300196
Amy Luthy - PI
4875 Red Willow Trl.
Kalamazoo, MI 49048

**FILED**
**AUG - 9 2024**
**CLERK'S OFFICE**
**DETROIT**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-12035

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Arbor Professional Solutions INC**
was received by me on *(date)* **8/5/24**

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Amber Hines, manager** , who is
designated by law to accept service of process on behalf of *(name of organization)*
**Arbor Professional Solutions INC** on *(date)* **8/6/24** @ **3:50 pm**
**2090 S. Main St. Ann Arbor, MI 48103**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **8/7/24**

*Noah Goble*
Server's signature

**Noah Goble, process server**
Printed name and title

**32612 Donnelly, Garden City, MI 48135**
Server's address

Additional information regarding attempted service, etc: