UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MYRON WEBSTER,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER CREDIT UNION,<br>*et al.*,<br><br>Defendants. | Case No. 24-12035<br>Honorable Jonathan J.C. Grey<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

This Court entered a notice to appear for a settlement conference scheduled for July 10, 2025.  ECF No. 23.  The notice required that the parties exchange statements with each other two weeks before the settlement conference, and then meet and confer to exchange good faith and realistic offers to settle.  *Id*.  The parties were also ordered to submit to the Court a copy of the settlement statements they had exchanged along with an ex-parte addendum one week before the conference.  *Id*.  Defendant Arbor Professional Solutions' settlement statement indicates that it forwarded an offer to plaintiff, but that plaintiff made no counteroffer.  Defendant Consumer Credit Union's settlement statement describes earlier settlement discussions but none within two weeks of the settlement

conference. And plaintiff submitted no settlement conference statement to the Court. Because of these violations of the settlement conference notice, the Court **ADJOURNS** the settlement conference until **August 13, 2025, at 10:30 a.m. by Zoom.**

The Court understands that plaintiff is pro se and thus is held to less stringent standards, but the leniency granted is not boundless. *Martin v. Overton*, 391 F.3d 710, 714 (6th Cir. 2004). Plaintiff is required to abide by court orders. But the Court will ease the requirements for plaintiff. By **August 6, 2025**, plaintiff must send to counsel and the Court (at efile_stafford@mied.uscourts.gov) a settlement statement with his opening offers to settle the case, and describing the legal and factual support for that settlement position.

**IT IS ORDERED.**

|  |  |
|---|---|
| Dated: July 9, 2025 | s/Elizabeth A. Stafford<br>ELIZABETH A. STAFFORD<br>United States Magistrate Judge |

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous

or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S., mail addresses disclosed on the Notice of Electronic Filing on July 9, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager